IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICK STINNETT                                                                                              PLAINTIFFS
ADC #95395
TERRENCE BURKS
ADC #107278

V.                                      NO.  3:08cv00118 SWW

RICHARD BUSBY, et al                                                                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing Plaintiffs' complaint in its entirety, without prejudice.  Any pending motions are denied as moot.

IT IS SO ORDERED this 20th day of October 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE