IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICK STINNETT                                                                                    PLAINTIFFS
ADC #95395
TERRENCE BURKS
ADC #107278

V.                                    NO.  3:08cv00118 SWW

RICHARD BUSBY, et al                                                                            DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiffs' complaint in its entirety, without prejudice.

IT IS SO ORDERED this 20th day of October 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE